648 A.2d 1127

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES BAKER, DEFENDANT–APPELLANT.

Argued September 27, 1994—Decided October 27, 1994.

*Robert L. Sloan,* Assistant Deputy Public Defender, argued the cause for appellant (*Susan L. Reisner,* Acting Public Defender, attorney).

*Robert A. Suarez,* Assistant Prosecutor, argued the cause for respondent (*Andrew K. Ruotolo, Jr.,* Union County Prosecutor, attorney; *Mr. Suarez* and *Steven J. Kaflowitz,* Assistant Prosecutor, of counsel and on the letter brief).

*Janet Flanagan,* Deputy Attorney General, argued the cause on behalf of *amicus curiae,* Attorney General of New Jersey (*Deborah T. Poritz,* Attorney General, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Skillman's majority opinion for the Appellate Division, reported at 270 *N.J.Super.* 55, 636 *A.*2d 553 (1994).

O'HERN, J., dissenting.

I would reverse, substantially for the reasons expressed in Judge Kestin's dissenting opinion, reported at 270 *N.J.Super.* 79, 636 *A.*2d 553 (1994).

For affirmance—Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, GARIBALDI and STEIN—6.

For reversal—Justice O'HERN—1.